IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-02106-WYD-KLM

NORTHWEST DIRECT TELESERVICES, INC., an Oregon corporation,

Plaintiff,

v.

SILICON VALLEY BANK, a California corporation,

Defendant.

---

## ORDER DISMISSING CASE

---

THIS MATTER, is before the Court on Plaintiff Northwest Direct Teleservices, Inc.'s Unopposed Motion to Dismiss Action filed February 5, 2010 [#28], filed pursuant to Fed. R. Civ. P. 41(a)(2).  Upon review of the motion and the file in this case, it is hereby

ORDERED that Plaintiff Northwest Direct Teleservices, Inc.'s Unopposed Motion to Dismiss Action, filed February 5, 2010 [#28], is **GRANTED**.  It is further

ORDERED that the above-entitled action is hereby **DISMISSED WITHOUT PREJUDICE**.

Dated this 8th day of February, 2010.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE

-1-